IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRIS JUDAY, et al.          :          CIVIL ACTION
                             :
         v.                  :
                             :
MERCK & CO., INC., et al.    :          NO. 16-1547

ORDER

AND NOW, this 13th day of April, 2017, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendants Merck & Co., Inc. and Merck Sharp & Dohme, Corp. for summary judgment (Doc. # 24) against plaintiffs Chris Juday and Pat Juday is GRANTED.

BY THE COURT:


/s/ Harvey Bratle III
                                                       J.