```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRIS JUDAY, et al.            :        CIVIL ACTION
                               :
          v.                   :
                               :
MERCK & CO., INC., et al.      :        NO. 16-1547
```

JUDGMENT

AND NOW, this 13th day of April, 2017, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that summary judgment is entered in favor of defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp. and against plaintiffs Chris Juday and Pat Juday.

BY THE COURT:


/s/ Harvey Bartle III
                                                    J.