IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRIS JUDAY, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MERCK & CO., INC., et al. | : | NO. 16-1547 |

PRETRIAL ORDER NO. 50

AND NOW, this 17th day of December, 2018, for the reasons stated in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiffs to vacate dismissal of this action under Rule 60(b)(5) and (6) of the Federal Rules of Civil Procedure (Doc. # 45) is DENIED.

BY THE COURT:

_____
Harvey Bartle J.